IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CLAIM JUMPER RESTAURANTS, LLC, a Delaware limited liability company,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-_____ (___)<br><br>(Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS

## HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. *See* 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Private Capital Partners<br>2000 Ave of the Stars 11th Fl<br>Los Angeles, CA 90067 | Private Capital Partners<br>Mark Lanigan<br>2000 Ave of the Stars 11th Fl<br>Los Angeles, CA 90067<br>P: 503-445-8090<br>F: 503-445-8063 | Unsecured Lender |  | $112,136,733. |
| Rogers Poultry Company<br>5050 Santa Fe Ave<br>Vernon, CA 90058 | Rogers Poultry Company<br>George Saffrons<br>5050 Santa Fe Ave<br>Vernon, CA 90058<br>P: 800-585-0802<br>F: 323-277-0004 | Trade Debt (Food) |  | $778,920.00 |
14420-001\DOCS_DE:163340.1

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
| D&D Wholesale Inc<br>777 Baldwin Park Blvd<br>City of Industry, CA 91746 | D&D Wholesale Inc<br>Attn: Jean Dupre<br>777 Baldwin Park Blvd<br>City of Industry, CA 91746<br>P: 626-333-2111<br>F: 626-369-4644 | Trade Debt (Food) | | $420,262.00 |
| Hannay Investments<br>2999 N 44th St Ste 400<br>Phoenix, AZ 85018 | Hannay Investments<br>Attn: Paul Asher<br>2999 N 44th St Ste 400<br>Phoenix, AZ 85018<br>P: 602-374-2000<br>F: 602-237-6901 | Landlord | Disputed | $379,451.00 |
| Bruckmann Rosser & Sherrill & Co., LLC<br>126 E. 56th Street<br>29th Floor<br>New York, NY 10022 | Bruckmann Rosser & Sherrill & Co., LLC<br>Attn: Hal Rosser<br>126 E. 56th Street<br>29th Floor<br>New York, NY 10022<br>P: 212-521-3700<br>F: 212-521-3799 | Other (contract counterparty) | Contingent and Unliquidated | $375,000 |
| Edward Don & Company<br>3501 Plano Pkwy<br>The Colony, TX 75056 | Edward Don & Company<br>Attn: John Seefeldt<br>3501 Plano Pkwy<br>The Colony, TX 75056<br>P: 708-442-9400<br>F: 708-442-0426 | Other | | $370,429.00 |
| US Foodservice<br>3682 Collection Ctr Dr<br>Chicago, IL 60693 | US Foodservice<br>Attn: Audry Lopez<br>3682 Collection Ctr Dr<br>Chicago, IL 60693<br>F: 630-496-4294 | | | $320,647.00 |
| CNA Risk Management<br>23453 Network Pl<br>Chicago, IL 60673 | CNA Risk Management<br>Attn: Mark Hayden<br>23453 Network Pl<br>Chicago, IL 60673<br>P: 312-822-5000<br>F: 312-822-6419 | Insurance | Disputed and Contingent | $300,859.00 |
| Get Fresh Produce Company<br>1441 Brewster Creek Rd<br>Barlett, IL 60103 | Get Fresh Produce Company<br>Attn: Gina Alimondi<br>1441 Brewster Creek Rd<br>Barlett, IL 60103<br>P: 630-665-9665<br>F: 630-665-3391 | Trade Debt (Food) | | $181,623.00 |

3

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| LA Specialty Produce Company<br>PO Box 2293<br>Santa Fe Springs, CA 90670 | LA Specialty Produce Company<br>Attn: Mike Pearson<br>PO Box 2293<br>Santa Fe Springs, CA 90670<br>P: 562-741-2200<br>F: 562-741-2907 | Trade Debt (Food) | | $169,579.00 |
| Anderson Seafoods Inc<br>PO Box 17636<br>Anaheim, CA 92817 | Anderson Seafoods Inc<br>Attn: Carl Oliphant<br>PO Box 17636<br>Anaheim, CA 92817<br>P: 714-777-7100<br>F: 714-777-7116 | Trade Debt (Food) | | $165,896.00 |
| General Produce Company<br>1330 North B St<br>Sacramento, CA 95812 | General Produce Company<br>Attn: Tom Chan<br>1330 North B St<br>Sacramento, CA 95812<br>P: 916-441-6431<br>F: 916-441-2483 | Trade Debt (Food) | | $123,870.00 |
| Midco Wheeling LLC<br>3201 Old Glenview Rd Ste 301<br>Wilmette, IL 60091 | Midco Wheeling LLC<br>Attn: Cathy McMullin<br>3201 Old Glenview Rd Ste 301<br>Wilmette, IL 60091<br>P: 630-317-0714<br>F: 630-629-1951 | Landlord | | $117,087.00 |
| Turnberry Centra Sub LLC<br>19501 Biscayne Blvd Ste 400<br>Aventura, FL 33180 | Turnberry Centra Sub LLC<br>Attn: Mike Wethington<br>19501 Biscayne Blvd Ste 400<br>Aventura, FL 33180<br>P: 702-269-5000<br>F: 702-451-4454 | Landlord | | $96,930.00 |
| Charlies Produce<br>PO Box 24606<br>Seattle, WA 98214 | Charlies Produce<br>Attn: Stewart Holmes<br>PO Box 24606<br>Seattle, WA 98214<br>P: 202-625-1412<br>F: 206-442-9028 | Trade Debt (Food) | | $82,320.00 |
| Galassos Bakery<br>10820 San Sevaine Way<br>Mira Loma, CA 91752 | Galassos Bakery<br>Attn: Michael Stidman<br>10820 San Sevaine Way<br>Mira Loma, CA 91752<br>P: 951-360-1211<br>F: 909-360-0427 | Trade Debt (Food) | | $77,032.00 |

| (1) | (2) | (3) | (4) | (5) |
| --- | --- | --- | --- | --- |
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
| South Coast Plaza Rent<br>3315 Fairview Rd<br>Costa Mesa, CA 92626 | South Coast Plaza Rent<br>Attn: Veronica Weber<br>3315 Fairview Rd<br>Costa Mesa, CA 92626<br>P: 714-546-0110<br>F: 714-751-5506 | Landlord | | $71,787.00 |
| Southern Wine & Spirits<br>PO Box 19299<br>Las Vegas, NV 89132 | Southern Wine & Spirits<br>Attn: Marc Patterson<br>PO Box 19299<br>Las Vegas, NV 89132<br>P: 562-926-2000<br>F: 305-625-4720 | Trade Debt (Food) | | $71,662.00 |
| National Retail Properties<br>PO Box 864202<br>Orlando, FL 32886 | National Retail Properties<br>Attn: Andrew Bosco<br>PO Box 864202<br>Orlando, FL 32886<br>P: 800-666-7348<br>F: 407-650-3650 | Landlord | | $70,913.00 |
| New City Packing Company<br>PO Box 128<br>North Aurora, IL 60542 | New City Packing Company<br>Attn: Jim LeFaver<br>PO Box 128<br>North Aurora, IL 60542<br>P: 630-898-1900<br>F: 630-898-3030 | Trade Debt (Food) | | $66,370.00 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CLAIM JUMPER RESTAURANTS, LLC, a Delaware limited liability company,<br>Debtor. | Chapter 11<br>Case No. 10-_____ (___)<br>(Joint Administration Requested) |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.
Date: September 10, 2010

_____
William G. Taves
Secretary and Chief Financial Officer
Claims Jumper Restaurants, LLC

#4849-1931-4951v1