IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| CLAIM JUMPER RESTAURANTS, LLC, a Delaware limited liability company, | Case No. 10-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS IN CLAIM JUMPER RESTAURANTS, LLC

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Gold Rush Purchase Corp. | 16721 Millikan Ave. Irvine, CA 92606 | 75.3% |
| Claim Jumper Restaurants Holdings Corp. | 16721 Millikan Ave. Irvine, CA 92606 | 24.7% |

## DECLARATION UNDER PENALTY OF PERJURY

I, William G. Taves, the undersigned authorized signatory of Claims Jumper Restaurants, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Date: September 10, 2010

_____
William G. Taves
Secretary and Chief Financial Officer
Claims Jumper Restaurants, LLC

#4849-1931-4951v1