# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIM JUMPER RESTAURANTS, LLC | ) | Case No. 10-12819 (KG) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | **Re: Docket #2** |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF RELATED CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order directing joint administration of the Debtors' chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedures and Local Rule 1015-1; and upon review of the Declaration of William G. Taves in Support of First Day Motions; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon the arguments of counsel; and after due deliberation and sufficient cause appearing therefore:

---

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Claim Jumper Restaurants, LLC (1053) and Claim Jumper Management, LLC (6481). The Debtors' headquarters and mailing address is: 16721 Millikan Ave., Irvine, CA 92606.

[2] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

**IT HEREBY IS ORDERED THAT**:

1. The Motion is GRANTED.

2. The Debtors' chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under a single case number and caption.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective estates.

4. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIM JUMPER RESTAURANTS, LLC | ) | Case No. 10-12819 (KG) |
| *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | | |

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Claim Jumper Restaurants, LLC (1053) and Claim Jumper Management, LLC (6481). The Debtors' headquarters and mailing address is: 16721 Millikan Ave., Irvine, CA 92606.

5. The following docket entry shall be made in each of the Debtors' cases:

An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below. The docket in case no. 10- 12819 should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: Claim Jumper Restaurants, LLC, Case No. 10-12819 and Claim Jumper Management LLC, Case No. 10-12820.

6. A combined service list be shall be used for the jointly administered cases, and combined notices shall be sent to creditors and other parties in interest.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Wilmington, Delaware

Dated: September **13**, 2010

_____
The Honorable Kevin Gross
United States Bankruptcy Judge