UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Claim Jumper Restaurants, LLC., et. al, | : | Case No. 10-12820 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Rogers Poultry Company**, Attn: George Saffarrans, CEO, 5050 Santa Fe Ave, Vernon, CA 90058, Phone: 213-494-2344, Fax: 323-588-7716

2. **Hannay Investment Properties, Inc.** Attn: R. Craig Hannay, 2999 N. 44th Street, Suite 400, Phoenix, AZ 85018, Phone: 602-374-2000, Fax: 602-237-6901

3. **U.S. Foodservice**, Attn: Claudia Regen, 9399 W. Higgins Road, Rosemont, IL 60018, Phone: 847-720-2442, Fax: 480-293-2706

4. **Anderson Seafoods, Inc.**, Attn: Carl Oliphant, P.O. Box 17636, Anaheim, CA 92817-7636, Phone: 714-777-7100, Fax: 714-777-4594

5. **Turnberry Centra Sub LLC**, Attn: Marcie Getelman, 19501 Biscayne Blvd., Ste. 400, Aventura, FL 33180, Phone: 305-933-5515, Fax: 305-933-5535

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ T. Patrick Tinker, for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: September 22, 2010

Attorney assigned to this Case: T. Patrick Tinker, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400