IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Claim Jumper Restaurants, LLC, *et al.*,[1] | Case No. 10-12819 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, facsimile number, or electronic mail addresses set forth below:

| | |
|---|---|
| Jeffrey Cohen, Esquire<br>Richard S. Kanowitz, Esquire<br>Richelle Kalnit, Esquire<br>Lesley Kroupa, Esquire<br>**COOLEY LLP**<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>jcohen@cooley.com<br>rkanowitz@cooley.com<br>rkalnit@cooley.com<br>lkroupa@cooley.com | Domenic E. Pacitti, Esquire<br>Margaret M. Manning, Esquire<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>dpacitti@klehr.com<br>mmanning@klehr.com |

---

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Claim Jumper Restaurants, LLC (1053) and Claim Jumper Management, LLC (6481). The Debtors' headquarters and mailing address is: 16721 Millikan Ave., Irvine, CA 92606.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, report or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: September 24, 2010   KLEHR HARRISON HARVEY BRANZBURG LLP

 */s/ Margaret Manning*
Domenic E. Pacitti (DE Bar No. 3989)
Margaret M. Manning (DE Bar No. 4183)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
dpacitti@klehr.com
mmanning@klehr.com

-and-

Jeffrey Cohen, Esquire
Richard S. Kanowitz, Esquire
Richelle Kalnit, Esquire
Lesley Kroupa, Esquire
**COOLEY LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 479-6000
Facsimile:     (212) 479-6275
jcohen@cooley.com
rkanowitz@cooley.com
rkalnit@cooley.com
lkroupa@cooley.com

Proposed Counsel to the Official Committee of Unsecured Creditor