IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIM JUMPER RESTAURANTS, LLC., et al. | ) ) | Case No. 10-12189 (KG) |
| Debtors. | ) ) ) ) ) | |

**DECLARATION OF STEPHEN H. WARREN IN SUPPORT OF OBJECTION OF BLACK CANYON CAPITAL LLC AND PRIVATE CAPITAL PARTNERS TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF STIPULATION AND ORDER AMONG THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS PREPETITION AGENT AND DIP AGENT**

I, Stephen H. Warren, declare as follows:

1. I am a partner at the law firm of O'Melveny & Myers LLP, with offices located at 400 South Hope Street, Los Angeles, California 90071, legal counsel to Private Capital Partners LLC ("Private Capital") and Black Canyon Capital LLC ("Black Canyon"), in the above-captioned chapter 11 cases. I am a member of the Bar of the State of California, admitted to practice before the United States District Court for the Central District of California, and admitted to practice before this Court *pro hac vice*. I submit this declaration to put before the Court certain documents in support of the *Objection (the "Objection") of Black Canyon Capital LLC and Private Capital Partners LLC to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Stipulation and Order among the Debtors, the Official Committee of Unsecured Creditors and Wells Fargo Bank, National*

*Association as Prepetition Agent and DIP Agent.* Capitalized terms not otherwise defined have the meanings ascribed to them in the Objection.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of that certain Purchase Agreement, dated as of October 28, 2005 (as amended, modified, supplemented or restated from time to time, the "Note Purchase Agreement") between the Debtors, Private Capital and certain other parties thereto.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the *Order Authorizing Claim Jumper Restaurants, LLC and Claim Jumper Management, LLC to (A) Obtain Post-Petition Secured Financing Pursuant to Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(d)(1), and 364(e), (B) Continue to Use Cash Collateral Pursuant to 11 U.S.C. § 363, and (C) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364 of the Bankruptcy Code* [Docket No. 271] (the "DIP Order").

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of that certain Senior Secured Superpriority Debtor-In-Possession Credit Agreement and the Debtors, Wells Fargo and the lenders party thereto (the "DIP Credit Agreement").

5. Attached hereto as <u>Exhibit D</u> is an excerpted, true and correct copy of the rough transcript of the auction held on October 28, 2010.

6. Attached hereto as <u>Exhibit E</u> is an excerpted, true and correct copy of the transcript of the sale hearing held on November 2, 2010.

7. Attached hereto as <u>Exhibit F</u> are true and correct copies of certain email communications exchanged between Black Canyon/Private Capital and each of the Debtors and the Creditors Committee, respectively, regarding the DIP Order.

//

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2010

_____
Stephen H. Warren (admitted *pro hac vice*)