IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIM JUMPER RESTAURANTS, LLC | ) | Case No. 10-12819 (KG) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

## NOTICE OF (I) CLOSING OF SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND (II) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that on November 4, 2010, the Bankruptcy Court entered its *Order Under 11 U.S.C. §§ 105(a), 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases to Successful Bidder(s) at Auction* (the "Sale Order").[2] Pursuant to the Sale Order, the Bankruptcy Court authorized and approved, among other things, the sale of substantially all of the Debtors' assets (the "Assets") to Landry's Holdings, Inc. ("LHI"), Landry's Restaurants, Inc. ("LRI") and/or their designee(s) (collectively, the "Buyer"). The Bankruptcy Court further approved that certain Asset Purchase Agreement between the Debtors and the Buyers dated as of October 28, 2010 (the "Agreement"), as such Agreement may be amended in accordance with the DIP loan agreement between the Debtors and the DIP Lenders (the "DIP Loan Agreement"), the order approving the DIP Loan Agreement (the "DIP Order") and the terms of the Sale Order.

---

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Claim Jumper Restaurants, LLC (1053) and Claim Jumper Management, LLC (6481). The Debtors' headquarters and mailing address is: 16721 Millikan Ave., Irvine, CA 92606.

[2] Any capitalized term used but not defined herein shall have the meaning ascribed to it in the Sale Order, the Agreement (defined below) or the First Amendment (defined below), as applicable.

#4852-1387-7768

**PLEASE TAKE FURTHER NOTICE** that on December 6, 2010, the Debtors and the Buyer (i) executed and entered into that certain "First Amendment to Asset Purchase Agreement by and among Claim Jumper Restaurants, LLC, Claim Jumper Management, LLC, Landry's Holdings, Inc., and Landry's Restaurants, Inc. Dated as of October 28, 2010" (the "First Amendment") to address certain working capital adjustments at closing and other related matters and (ii) consummated the Sale in accordance with the terms of the Agreement and the First Amendment. True and correct copies of the Agreement and the First Amendment (without exhibits and schedules) are attached hereto as Exhibits 1 and 2, respectively.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the closing of the Sale, the Debtors assumed and assigned to the Buyer the Assigned Contracts on Schedule 7.2(b) of the Agreement, as amended by the Amendment. A true and correct copy of the final Schedule 7.2(b) to the Agreement is attached hereto as Exhibit 3.

*[The remainder of this page intentionally left blank.]*

Dated: December 8, 2010

MILBANK, TWEED, HADLEY & MCCLOY LLP
Robert Jay Moore (CA Bar No. 77495)
Haig M. Maghakian (CA Bar No. 221954)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: 213-892-4000
Facsimile: 213-629-5063
Email: rmoore@milbank.com
       hmaghakian@milbank.com

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Curtis A. Hehn
_____
Laura Davis Jones (DE Bar No. 2436)
Curtis A. Hehn (DE Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
(Courier Route 19801)
Wilmington, DE 19898
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: ljones@pszjlaw.com
       chehn@pszjlaw.com

Counsel for Debtors
and Debtors in Possession