IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CLAIM JUMPER RESTAURANTS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 10-12819 (KG)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 28, 2011 AT 10:00 A.M.**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)**

1. Debtors' Motion for the Entry of an Administrative Order Changing Case Caption to Reflect Debtors' New Legal Names [Filed: 1/6/11] (Docket No. 474).

   Response Deadline: January 21, 2011 at 4:00 p.m. Eastern Time.

   Responses Received: None.

   Related Documents:

   (a) Notice of Debtors' Change of Address and Legal Name Change [Filed: 1/6/11] (Docket No. 473).

   (b) Certification of No Objection Regarding Docket No. 474 [Filed: 1/25/11] (Docket No. 499).

   Status: A certification of no objection has been filed. The Debtors request entry of the order attached to the Motion.

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Goldcoast Liquidating, LLC (1053) and Goldcoast Management Liquidating, LLC (6481). The Debtors' headquarters and mailing address is: 19200 Von Karman Ave., Suite 400, Irvine, CA 92612.

## CONTESTED MATTERS

2. Third Omnibus Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 365 and Bankruptcy Rule 6006 Authorizing Rejection of Executory Contracts and Unexpired Leases [Filed: 12/30/10] (Docket No. 467).

   Response Deadline: January 21, 2011 at 4:00 p.m. Eastern Time. Extended to January 25, 2011 for Lakha Federal Way Properties 11 LLC.

   Responses Received:

   (a) Limited Objection of U.S. Food Service, Inc. to the Debtors' Third Omnibus Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 365 and Bankruptcy Rule 6006 Authorizing Rejection of Executory Contracts and Unexpired Leases [Filed: 1/19/11] (Docket No. 493) – *The objection has been consensually resolved.*

   (b) TCF Equipment Finance, Inc.'s Objection to Debtors' Third Omnibus Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 365 and Bankruptcy Rule 6006 Authorizing Rejection of Executory Contracts and Unexpired Leases [Filed: 1/21/11] (Docket No. 495) – *The objection has been consensually resolved.*

   (c) Limited Objection of River Park Properties II to Debtors' Third Omnibus Motion for Order Pursuant to 11 U.S.C. Sections 105(a) and 365 and Bankruptcy Rule 6006 Authorizing Rejection of Executory Contracts and Unexpired Leases [Filed: 1/21/11] (Docket No. 496) – *The objection has been consensually resolved.*

   (d) Informal Objection of Microsoft Corp. – *The Debtors and Microsoft Corp. have agreed (i) to continue consideration of the requested relief as applied to Microsoft Corp. to February 28, 2011 and (ii) that Microsoft Corp.'s deadline to object to this motion will be February 21, 2011.*

   (e) Informal Objection of The Lakes at Thousand Oaks, LLC – *The objection has been consensually resolved.*

   (f) Informal Objection of CBL & Associates Management, Inc. – *The objection has been consensually resolved.*

   Status: A revised proposed form of order will be submitted.

## QUARTERLY FEE APPLICATIONS

3. Quarterly fee applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of those fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents

related thereto, that are in the fee application binders submitted to the Court, pursuant to the Court's Chambers' Procedures.

Response Deadline: See attached Exhibit A.

Responses Received: None as of the date hereof.

Related Documents: See attached Exhibit A.

Status: The quarterly fee application binder was submitted to Chambers on January 20, 2011. This matter will go forward.

Dated: January 26, 2011

MILBANK, TWEED, HADLEY & McCLOY LLP
Robert Jay Moore (CA Bar No. 77495)
Haig M. Maghakian (CA Bar No. 221954)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: rmoore@milbank.com
hmaghakian@milbank.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (DE Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
chehn@pszjlaw.com

Counsel for the Debtors and Debtors in Possession