**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIM JUMPER RESTAURANTS, LLC | ) | Case No. 10-12819 (KG) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | Re: D.I. 474 |

**ADMINISTRATIVE ORDER REVISING CASE CAPTION**
**<u>TO REFLECT DEBTORS' NEW LEGAL NAMES</u>**

This matter coming before the Court on the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for the entry of an administrative order providing for the revision to the caption of the Debtors' jointly administered bankruptcy cases to reflect the Debtors' legal name changes; the Court having reviewed the Motion and all pleadings relating thereto; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was adequate under the circumstances and (d) in accordance with the APA approved by this Court, the Debtors have changed their legal names from (i) Claim Jumper Restaurants, LLC to Goldcoast Liquidating, LLC and (ii) Claim Jumper Management, LLC to Goldcoast Management Liquidating, LLC; and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

---

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Goldcoast Liquidating, LLC (1053) and Goldcoast Management Liquidating, LLC (6481). The Debtors' headquarters and mailing address is: 19200 Von Karman Avenue, Suite 400, Irvine, CA 92612.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The caption of the Debtors' jointly administered bankruptcy cases, to be used by all parties in all pleadings and for all purposes and proceedings in the Chapter 11 Cases, shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Goldcoast Liquidating, LLC *et al.*, | ) | Case No. 10-12819 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Goldcoast Liquidating, LLC (f/k/a Claim Jumper Restaurants, LLC) (1053) and Goldcoast Management Liquidating, LLC (f/k/a Claim Jumper Management, LLC) (6481). The Debtors' headquarters and mailing address is: 19200 Von Karman Avenue, Suite 400, Irvine, CA 92612.

3. This Court shall retain jurisdiction to enforce the terms of this Order and any disputes arising hereunder.

Dated: January 28, 2011

The Honorable Kevin Gross
United States Bankruptcy Judge