IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIM JUMPER RESTAURANTS, LLC *et al.*, | ) | Case No. 10-12819 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | DN 476 |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF MILBANK, TWEED, HADLEY & McCLOY LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS DEBTORS' COUNSEL DURING PERIOD FROM SEPTEMBER 10, 2010 THROUGH AND INCLUDING NOVEMBER 30, 2010**

Upon consideration of the *First Interim Fee Application of Milbank, Tweed, Hadley & McCloy LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Debtors' Counsel During the Period from September 10, 2010 through and including November 30, 2010* filed by Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), counsel to the debtors in the above-captioned chapter 11 cases (collectively, the "Debtors"), dated January 6, 2011; and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and any objections to the Application having been resolved; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED THAT:

1. The Application is approved.

2. Milbank is allowed on an interim basis (i) compensation for actual, reasonable and necessary legal services performed in the total amount of $1,470,220.75 and (ii)

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Claim Jumper Restaurants, LLC (1053) and Claim Jumper Management, LLC (6481). The Debtors' headquarters and mailing address is: 19200 Von Karman Ave., Suite 400, Irvine, CA 92612.

reimbursement of actual, reasonable and necessary costs and expenses incurred in the total amount of $59,078.78 for the period of September 10, 2010 through November 30, 2010.

3. The Debtors are authorized and directed to promptly pay Milbank the balances of (i) its requested compensation with respect to the First Interim Period in the amount of $1,470,220.75 (to the extent such amounts have not already been paid to Milbank) and (ii) its requested reimbursement of expenses in the amount $59,078.78 (to the extent such amounts have not already been paid to Milbank).

4. This court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
Jan. 28, 2011

UNITED STATES BANKRUPTCY JUDGE



14420-001\DOCS_DE:166812.1