IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CLAIM JUMPER RESTAURANTS, LLC et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-12819 (KG)<br>(Jointly Administered)<br><br>**Related Docket No. 469** |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as Co-Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2010 through October 31, 2010* (the "Application"). The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than January 24, 2011 at 4:00 p.m. prevailing Eastern time.

Pursuant to the *Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Committee Members* (Docket No. 196) entered on October 6, 2010, the Debtors are authorized to

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Goldcoast Liquidating, LLC (1053) and Goldcoast Management Liquidating, LLC (6481). The Debtors' headquarters and mailing address is: 19200 Von Karman Ave., Suite 400, Irvine, CA 92612.

pay PSZJ $49,500.40 which represents 80% of the fees ($61,875.50) and $19,360.72 which represents 100% of the expenses requested in the Application for the period from October 1, 2010 through October 31, 2010, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: January 28, 2011


MILBANK, TWEED, HADLEY & McCLOY LLP
Robert Jay Moore (CA Bar No. 77495)
Haig M. Maghakian (CA Bar No. 221954)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: rmoore@milbank.com
hmaghakian@milbank.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (DE Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
chehn@pszjlaw.com


Counsel for the Debtors and Debtors in Possession