IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GOLDCOAST LIQUIDATING, LLC, *et al.*,[1] | ) | Case No. 10-12819 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | | **Related to Docket Nos. 693 and 694** |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Appointing Mediator, dated April 28, 2011, the undersigned mediator reports that the mediation was completed on June 29, 2011 and was resolved as described in detail in the Certification of Counsel Regarding Stipulation Among the GUC Trustee, the Official Committee of Unsecured Creditors, Private Capital Partners LLC and Black Canyon Capital LLC Allowing Claim No. 208, as Provided Therein, and Disallowing Claim Nos. 207 and 211 (Docket No. 693):

The following individuals were present:

1. Sean C. Southard, Esquire (as trustee for the GUC Trust).

2. Thomas Barber (for Black Canyon Capital LLC).

The following counsel were present:

1. Jeffrey L. Cohen, Esquire and Margaret E. Manning, Esquire (Attorneys for the Official Committee of Unsecured Creditors).

2. Stephen H. Warren, Esquire and Mark D. Collins, Esquire (Attorneys for Private Capital Partners LLC and Black Canyon Capital LLC).

---

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Goldcoast Liquidating, LLC (f/k/a Claim Jumper Restaurants, LLC) (1053) and Goldcoast Management Liquidating, LLC (f/k/a Claim Jumper Management, LLC) (6481). The Debtors' headquarters and mailing address is: 19200 Von Karman Ave., Suite 400, Irvine, CA 92612.

The outcome of the mediation conference was that the matter has been completely resolved and the parties have filed the above-referenced Stipulation and proposed Order. The Court entered the Order approving the settlement on July 27, 2011.

No issues remain for the Court to resolve.

Dated: July 28, 2011

       **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

By: _____
Norman L. Pernick (No. 2290)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

cc: Counsel of Record

46953/0002-7780774v1

Page 2 of 2