IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GOLDCOAST LIQUIDATING, LLC et al.,[1] | Case No. 10-12819 (KG)<br>(Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON SEPTEMBER 23, 2011 AT 9:30 A.M.

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

### UNCONTESTED MATTERS FOR WHICH CNOS HAVE BEEN FILED

1. Debtors' Second Omnibus Objection to Claims (Non-Substantive/Misclassified Claims) [Filed: 8/19/11] (Docket No. 722).

    Response Deadline: September 16, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 722 [Filed: 9/20/11] (Docket No. 744).

    Status: A certification of no objection has been filed. The Debtors request entry of the order attached to the objection.

### CONTESTED MATTERS

2. Debtors' First Amended Joint Plan of Liquidation [Filed: 8/25/11] (Docket No. 724).

    Response Deadline: September 7, 2011.

---

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Goldcoast Liquidating, LLC (f/k/a Claim Jumper Restaurants, LLC) (1053) and Goldcoast Management Liquidating, LLC (f/k/a Claim Jumper Management, LLC) (6481). The Debtors' headquarters and mailing address is: 19200 Von Karman Avenue, Suite 400, Irvine, CA 92612.

DOCS_DE:173150.1 14420-001

Responses Received:

(a)	Treasurer of Douglas County, Colorado's Objections to Confirmation of the Debtors' First Amended Joint Plan of Liquidation [Filed: 8/18/11] (Docket No. 721).

Related Documents:

(a)	[Signed] Order (I) Approving Disclosure Statement, (II) Approving Voting and Tabulation Procedures, (III) Setting Confirmation Hearing and Related Deadlines, and (IV) Granting Related Relief [Filed: 8/3/11] (Docket No. 710).

(b)	Disclosure Statement for Debtors' First Amended Joint Plan of Liquidation [Filed: 8/25/11] (Docket No. 725).

(c)	Ballot Summary Declaration of Travis K. Vandell in Support of Confirmation of the Plan, Certifying Ballots Accepting and Rejecting the Plan and Submitting Ballot Reports [Filed: 9/15/11] (Docket No. 737).

(d)	Declaration of William G. Taves in Support of Confirmation of Debtors' First Amended Joint Plan of Liquidation [Filed: 9/16/11] (Docket No. 739).

(e)	Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' First Amended Joint Plan of Liquidation and Granting Related Relief [Filed: 9/16/11] (Docket No. 740).

(f)	Notice of Filing of Exhibits to Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' First Amended Joint Plan of Liquidation and Granting Related Relief [Filed: 9/20/11] (Docket No. 743).

Status: The objection filed by the Treasurer of Douglas County, Colorado has been resolved. This matter will go forward on an uncontested basis.

## QUARTERLY FEE APP MATTERS

3.	Quarterly fee applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of those fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that are in the fee application binders submitted to the Court, pursuant to the Court's Chambers' Procedures.

Response Deadline:   See attached Exhibit A.

Responses Received:  None as of the date hereof.

Related Documents:

(a)	Notice of Hearing to Consider Approval and Allowance of Quarterly Fee Applications [Filed: 9/2/11] (Docket No. 733).

(b) Notice of Lodging of Proposed Omnibus Order Approving Fee Applications for Compensation and Reimbursement of Expenses [Filed: 9/20/11] (Docket No. 745).

Status: A proposed omnibus order approving quarterly fee applications has been filed. The Debtors request entry of the proposed omnibus order. This matter will go forward unless otherwise directed by the Court.

Dated: September 21, 2011

MILBANK, TWEED, HADLEY & McCLOY LLP
Robert Jay Moore (CA Bar No. 77495)
Haig M. Maghakian (CA Bar No. 221954)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: rmoore@milbank.com
       hmaghakian@milbank.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Curtis A. Hehn_
Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       chehn@pszjlaw.com

Counsel for the Debtors and Debtors in Possession