# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Goldcoast Liquidating, LLC et al. |
| **Case Number:** | 10-12819-KG   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 23, 2011 09:30 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matter:

Confirmation and FEE APPLICATIONS

**R / M #:**   746 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  CNO Filed and Order Signed
#2 -  Approved - Revised Order to be submitted to Chambers
#3 - Quarterly FEE APPLICATIONS - ORDER SIGNED