IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GOLDCOAST LIQUIDATING, LLC, *et al.*,[1] | Case No. 10-12819 (KG)<br>(Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                          )SS:
COUNTY OF NEW CASTLE )

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the debtors and debtors in possession, in the above-captioned action, and that on the 23rd day of September, 2011, she caused a copy of the following document(s) to be served upon the individuals on the attached service list(s) in the manner indicated:

> **[Signed] Order Sustaining Debtors' Second Omnibus Objection to Claims (Non-Substantive/Misclassified Claims) [Docket No. 755]**

_____
Karina Yee

Sworn to and subscribed before
me this 23 day of September, 2011

_____
Notary Public
My Commission Expires: 12/10/12

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 10, 2012

---

[1] The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Goldcoast Liquidating, LLC (1053) and Goldcoast Management Liquidating, LLC (6481). The Debtors' headquarters and mailing address is: 19200 Von Karman Avenue, Suite 400, Irvine, CA 92612.

DOCS_DE:169902.17 14420-001

Goldcoast – Service List re Second Omnibus Objection to Claims
Case No. 10-12819
Document No. 172442
04 – First Class Mail

**First Class Mail**
Michael Dubin
348 14th Street
Santa Monica, CA 90402

**First Class Mail**
Gary Campanaro
18 Trinity
Irvine, CA 92612

**First Class Mail**
Jeffrey S. Marks
6738 W. Wahalla Lane
Glendale, AZ 85308-5581

**First Class Mail**
Caren Vanderpool
40101 Monterey avenue
B 1 No. 333
Rancho Mirage, CA 92270

Claim Jumper 2002 Service List
Case No. 10-12819
Document No. 163341
16 – Hand Delivery
35 – First Class Mail

(Counsel to the Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Curtis A. Hehn, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
)
Parcels
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Pat Tinker
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the Committee)
Domenic E. Pacitti, Esquire
Margaret M. Manning, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the Debtors' Prepetition Secured Lenders– Wells Fargo, National Association as administrative agent for itself, GE Capital Franchise Finance Corporation, and Bank of the West)
Charlene D. Davis, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Black Canyon Capital, LLC)
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Zachary I. Shapiro, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for National Retail Properties, Inc.)
Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

**Hand Delivery**
(Counsel for U.S. Foodservice, Inc.)
Lucian B. Murley, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Kimco Realty Corporation)
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
(Counsel for ConAgra Foods, Inc.)
Ronald S. Gellert, Esquire
Tara L. Lattomus, Esquire
Brya M. Keilson, Esquire
3 Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Landry's Restaurants, Inc.)
Michael R. Nestor, Esquire
Sean M. Beach, Esquire
Ryan M. Bartley, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for TCF Equipment Finance, Inc.)
William F. Taylor, Jr., Esquire
Kate Roggio Buck, Esquire
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for PACA Creditor)
Megan C. Haney, Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

**Hand Delivery**
(Counsel for D & D Wholesale Distributors, Inc.)
William A. Hazeltine, Esquire
Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, 13th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Hilco Real Estate, LLC)
Mark L. Desgrosseilliers, Esquire
Ericka F. Johnson, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Edward Don & Company)
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
Wilmington, DE 19899

**First Class Mail**
(Counsel for the Committee)
Jeffrey L. Cohen, Esquire
Richard Kanowitz, Esquire
Richelle Kalnit, Esquire
Lesley Kroupa, Esquire
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

**First Class Mail**
(Proposed Financial Advisor)
Steven D. Simms
FTI Consulting
3 Times Square, 9th Floor
New York, NY 10036

**First Class Mail**
(Counsel for the Debtors)
Robert Jay Moore, Esquire
Haig M. Maghakian, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
(Agent for the Debtors' Prepetition Secured Lenders)
Tyler Shin
Wells Fargo Bank, N.A.
333 South Grand Avenue, 9th Floor
Los Angeles, CA 90071

**First Class Mail**
(Counsel for the Debtors' Prepetition Secured Lenders – Wells Fargo, National Association as administrative agent for itself, GE Capital Franchise Finance Corporation, and Bank of the West)
Frederick D. Holden, Esquire
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

**First Class Mail**
(Counsel for the Debtors' Prepetition Secured Lenders– Wells Fargo, National Association as administrative agent for itself, GE Capital Franchise Finance Corporation, and Bank of the West)
Raniero D'Aversa, Esquire
Laura Metzger, Esquire
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

**First Class Mail**
(Counsel for Black Canyon Capital, LLC)
Steven Warren, Esquire
Ben H. Logan, Esquire
Ana Acevedo, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

**First Class Mail**
)
Kristen N. Pate
Sr. Assistant General Counsel
GGP Limited Partnership, DIP, as Agent
110 N. Wacker Drive
Chicago, IL 60606

**First Class Mail**
(Counsel for Rogers Poultry Company)
Benjamin S. Seigel, Esquire
Daniel H. Slate, Esquire
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

**First Class Mail**
(The Macerich Company, Caruso Affiliated, Jones Lang LaSalle, and Palomar Co.)
Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

**First Class Mail**
(Counsel for U.S. Foodservice, Inc.)
Jeffrey C. Hampton, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

**First Class Mail**
)
David M. Poitras P.C.
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

**First Class Mail**
(Counsel for Interested Party)
Scott Smith, Esquire
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

**First Class Mail**
(Counsel for Constellation NewEnergy, Inc.)
Bruce J. Ruzinsky, Esquire
D. Elaine Conway, Esquire
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010

**First Class Mail**
(Counsel for Constellation NewEnergy, Inc.)
Heather M. Forrest, Esquire
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

**First Class Mail**
(Counsel for General Growth Properties, Inc.)
Robert L. LeHane, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**First Class Mail**
(Counsel for ConAgra Foods, Inc.)
James J. Niemeier, Esquire
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102

**First Class Mail**
(Counsel for The Irvine Company LLC; Centre on Seventeenth Partners)
Ernie Zachary Park, Esquire
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797

**First Class Mail**
)
South Coast Plaza
Attn: James W. Daniels, Esquire
3315 Fairview Road
Costa Mesa, CA 92626

**First Class Mail**
(Counsel for D & D Wholesale Distributors, Inc.)
Kate Ellis, Esquire
McCarron & Diess
4530 Wisconsin Avenue, N.W. Suite 301
Washington, DC 20016

**First Class Mail**
(Counsel for Iron Mountain Information Management, Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**First Class Mail**
(Counsel for DDRA Community Centers Eight, L.P.)
Eric C. Cotton, Esquire
Developers Diversified Realty Corporation
3300 Enterprise Parkway
P.O. Box 228042
Beachwood, OH 44122

**First Class Mail**
(Counsel for Catellus Operating Limited Partnership)
Edward J. Tredinnick, Esquire
Greene Radovsky Maloney Share & Hennigh LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111

**First Class Mail**
(Counsel for Edward Don & Company)
Kathleen E. Kraft, Esquire
Thompson Coburn LLP
1909 K Street, N.W., Suite 600
Washington, DC 20006-1167

**First Class Mail**
(Counsel for Edward Don & Company)
Francis X. Buckley, Jr., Esquire
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603

**First Class Mail**
)
Michael L. Wilhelm, Esquire
Walter & Wilhelm Law Group
A Professional Corporation
The Tower
205 E. River Park Circle, Suite 410
Fresno, CA 93720

**First Class Mail**
)
Deborah A. Jamski
National Retail Properties, Inc.
450 S. Orange Avenue, Suite 900
Orlando, FL 92801

**First Class Mail**
(Counsel for Simon Property Group, Inc. and its related entities)
Ronald M. Tucker, Esquire
225 West Washington Street
Indianapolis, IN 46204

**First Class Mail**
(Counsel for Pima County)
Terri A. Roberts, Esquire
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

**First Class Mail**
(Counsel for GUC Trust)
Sean Southard, Esquire
Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018-6314

**First Class Mail**
)
American Express Travel Related Services Co., Inc.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701